CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 09 2009

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOSEPH EDISON BRIDGES, ) <br> Petitioner, ) | Civil Action No. 7:08cv000613 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GENE M. JOHNSON, ) <br> Director, Va. Dept. of Corrections, ) <br> Respondent. ) | By: Samuel G. Wilson <br> United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**. This action is stricken from the active docket of the court.

Bridges is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

**ENTER:** This 9th day of April 2009.

_____
UNITED STATES DISTRICT JUDGE